

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-12-00435-CR

Andre **SCALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8106
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sitting:  Karen Angelini, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice

The panel has considered the Appellant's Motion for Rehearing and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court